DAY PITNEY LLP
One Jefferson Road
Parsippany, NJ 07054-2891
(973) 966-6300
Attorneys for Defendants
United Technologies Corporation
and UBS Financial Services, Inc.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD A. GRISAFI, Individually and on Behalf of All Persons Similarly Situated, | : HONORABLE Claire C. Cecchi, U.S.D.J. |
| | : Civil Action No. 2:13-cv-01800 (CCC) (MF) |
| Plaintiff, | : |
| v. | : |
| UNITED TECHNOLOGIES CORP., UBS FINANCIAL SERVICES, INC., JOHN DOES 1-20 and ABC CORPORATIONS 1-10, | : **CONSENT ORDER REGARDING DISMISSAL OF AMENDED COMPLAINT** |
| Defendants. | : |

This matter having been opened to the Court by G. Martin Meyers, Esq., attorney for plaintiff, and Gregory C. Parliman,. Esq., attorney for defendants, upon the parties joint application for the entry of this Consent Order resulting from the settlement of the claims of the plaintiff by means of a Court ordered mediation; and whereas following class certification discovery, counsel for plaintiff determined that there was no viable basis for the class allegations

91001042.1

asserted in the Amended Complaint; and whereas counsel for plaintiff and counsel for defendants jointly sought and obtained the approval of the Court to withdraw the class allegations; and good cause having been shown;

IT IS on the ____2____ day of April, 2015, ORDERED as follows:

(1) The class claims contained in the Amended Complaint are hereby withdrawn.

(2) The individual claim of plaintiff Richard Grisafi is hereby dismissed with prejudice and without costs or attorneys' fees to any party (subject to the terms and conditions set forth in the parties' Settlement Agreement and General Release).

(3) The withdrawal of the class claims and the dismissal of the Amended Complaint is hereby approved by the Court.

_____
CLAIRE C. CECCHI, U.S.D.J.

We hereby consent to the form and
entry of this Consent Order.

LAW OFFICES OF G. MARTIN MEYERS, P.C.   DAY PITNEY LLP
Attorneys for Plaintiff                 Attorneys for Defendants

By: _/s/ G. Martin Meyers_              By: _/s/ Gregory C. Parliman_
G. Martin Meyers                        Gregory C. Parliman

Dated: March ____, 2015.                Dated: March 31, 2015.

2

91001042.1